IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
SAFECO INSURANCE COMPANY OF )
AMERICA,                    )
                            )
    Plaintiff,              )
                            )   CIVIL ACTION NO.
    v.                      )     3:12cv537-MHT
                            )         (WO)
KEVIN GOLDEN and JENNIFER   )
GOLDEN,                     )
                            )
    Defendants.             )
```

## JUDGMENT

In accordance with the opinion issued on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Safeco Insurance Company of America's motions for default judgment (doc. nos. 15 & 22) are granted.

(2) Judgment is entered in favor of plaintiff Safeco Insurance Company of America and against defendant Kevin Golden.

(3) It is the DECLARATION of this court that plaintiff Safeco Insurance Company of America does not

have a duty to defend or indemnify defendant Kevin Golden under plaintiff Safeco Insurance Company of America's insurance policy, No. OX5890285, for the February 17, 2012, incident referred to in plaintiff Safeco Insurance Company of America's complaint in this case.  This declaration does not apply to defendant Jennifer Golden.

The clerk of this court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains pending against defendant Jennifer Golden.

DONE, this the 5th day of December, 2012.


　　　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE