IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 3:12cv537-MHT (WO) |
| JENNIFER GOLDEN, ) ) | |
| Defendant. ) | |

### JUDGMENT

In accordance with the opinion issued on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Safeco Insurance Company of America's motion for summary judgment (doc. no. 26) is granted and judgment is entered in its favor to the extent that it is declared that plaintiff Safeco Insurance Company of America is not obligated to defend defendant Jennifer Golden as to counts six through nine of the state-court lawsuit at issue.

(2) Plaintiff Safeco Insurance Company of America's motion for summary judgment (doc. no. 26) is denied and

judgment is entered against it to the extent that it seeks a declaration in its favor as to its duty to defend defendant Jennifer Golden as to count ten of the state-court lawsuit at issue.

(3) Defendant Jennifer Golden's motion for summary judgment (doc. no. 31) is granted and judgment is entered in her favor to the extent that it is declared that plaintiff Safeco Insurance Company of America is obligated to defend defendant Jennifer Golden as to count ten of the state-court lawsuit at issue.

(4) Defendant Jennifer Golden's motion for summary judgment (doc. no. 31) is denied and judgment is entered against her to the extent that Safeco Insurance Company of America seeks a declaration in its favor as to its duty to defend defendant Jennifer Golden as to counts six through 9 of the state-court lawsuit at issue.

It is further ORDERED that all parties show cause, if any there be, in writing by September 2, 2013, as to why plaintiff Safeco Insurance Company of America's duty-to-

indemnify claim should not be dismissed without prejudice as premature.

This case is not closed.

DONE, this the 20th day of August, 2013.

                                        /s/ Myron H. Thompson  
                                UNITED STATES DISTRICT JUDGE