IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


SAFECO INSURANCE COMPANY      )
OF AMERICA,                   )
                              )
    Plaintiff,                )
                              )        CIVIL ACTION NO.
    v.                        )         3:12cv537-MHT
                              )             (WO)
JENNIFER GOLDEN,              )
an individual,                )
                              )
    Defendant.                )

OPINION

In a judgment entered on August 20, 2013 (doc. no.
41), the court required that "all parties show cause, if
any there be, in writing by September 2, 2013, as to  why
plaintiff Safeco Insurance Company of America's duty-to-
indemnify claim should not be dismissed without prejudice
as premature."  Safeco Ins. Co. of America v. Golden,
2013 WL 4496284 (M.D. Ala. 2013).  None of the parties
has responded within the time allowed.  Safeco's duty-
to-indemnify claim, the only remaining claim in this

litigation, will therefore be dismissed without prejudice as premature.

An appropriate judgment will be entered.

DONE, this the 18th day of September, 2013.

                    /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE