IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
SAFECO INSURANCE COMPANY      )
OF AMERICA,                   )
                              )
    Plaintiff,                )
                              )      CIVIL ACTION NO.
    v.                        )       3:12cv537-MHT
                              )           (WO)
JENNIFER GOLDEN,              )
an individual,                )
                              )
    Defendant.                )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that plaintiff Safeco Insurance Company of America's duty-to-indemnify claim is dismissed without prejudice as premature.

It is further ORDERED that the parties are to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant

to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 18th day of September, 2013.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**